**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION
COURT FILE NO.: 5:13-CV-00012**

| | |
|---|---|
| MELISSA CARTER,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>ENCORE CAPITAL GROUP, INC.;<br>MIDLAND FUNDING, LLC; and<br>MIDLAND CREDIT MANAGEMENT, INC.,<br><br>　　　　　　Defendants. | **STATUS REPORT & MOTION FOR ADDITIONAL TIME** |

　　　　Comes now the plaintiff by and through counsel and does move this court to keep this matter on the active docket for a period of 14 day.  It is the Plaintiff's understanding that the Defendant will be prepared to tender final settlement documents on or before July 24, 2015.

　　　　It is expected the parties will tender an agreed order of dismissal at that time.

　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　BRIAN T. CANUPP, PSC

　　　　　　　　　　　　　　　　/s/ Brian T. Canupp
　　　　　　　　　　　　　　　　Brian T. Canupp,
　　　　　　　　　　　　　　　　322 Main Street
　　　　　　　　　　　　　　　　Paris, Kentucky 40361
　　　　　　　　　　　　　　　　859-988-9658
　　　　　　　　　　　　　　　　Brian@Canupplaw.com

## **CERTIFICATE OF SERVICE**

    I Brian T. Canupp do hereby certify that this matter was served on the following via electronic service on this the 21st day of July, 2015.

    Hon. John M. Williams
    Hon. Todd C. Myers
    Hon. Tony Love
    Hon. Keasha Ann Broussard

    /s/ Brian T. Canupp